WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Rd. Suite 300
Phoenix, AZ 85016
Telephone: (602) 255-6000
Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust
09-78031

Electronically Filed on _____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | BK 09-31329-mkn |
|---|---|
| | Chapter 7 |
| RONA M. KERFIEN, | NOTICE OF MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT |
| | Date: 2/24/2010 |
| | Time: 1:30 pm |
| Debtor. | ESTIMATED TIME: 5 Minutes |

TO THE HONORABLE JUDGE MIKE K. NAKAGAWA, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE CHAPTER 7 TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the 24th day of February 2010, at 1:30 pm, before United States Bankruptcy Judge, the Honorable MIKE K. NAKAGAWA, in Courtroom 2, located at The Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. Wells Fargo Bank, National Association as Trustee for the

1  Certificate holders of Structured Asset Mortgage Investments II Inc. Trust its assignees
2  and/or successors in interest its successors and assigns ("Movant"), will move this
3  Court, pursuant to 11 U.S.C. §362(d), for an order approving the reaffirmation
4  agreement on the subject real property located at 4616 Valle Drive, North Las Vegas,
5  Nevada.
6        PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule
7  9014(d)(1) requires that any opposition to a motion must be filed and service completed
8  upon the Movant not more than fifteen (15) days after service of the motion.  The
9  opposition must set forth all relevant facts and must contain a legal memorandum.  An
10 opposition may be supported by affidavits or declarations that conform to the provisions
11 of this rule.

12 If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading
13 with the court. You *must* also serve your written response on the person who sent you this notice.

14 If you do not file a written response with the court, or if you do not serve your written
15 response on the person who sent you this notice, then:

16 ☐  The court may *refuse to allow you to speak* at the scheduled hearing; and

17 ☐  The court may *rule against you* without formally calling the matter at the
18 hearing

19 Dated this ____ day of _____ 2009.     Submitted by:
20                                                  WILDE & ASSOCIATES
21
22                                                  _____
                                                    GREGORY L. WILDE, ESQ.
23                                                  Nevada Bar No. 4417
                                                    208 South Jones Boulevard
24                                                  Las Vegas, Nevada 89107
25
26

## CERTIFICATE OF SERVICE

1. On January 19 2010. I served the following documents(s) *(specify)*:

   Notice of Motion and Motion for Approval of Reaffirmation Agreement

2. I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   ■ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   **LUCIEN A. CRAVENS, JR.**
   LAW OFFICES OF LUCIEN CRAVENS
   Email: lucien_taro@yahoo.com

   ■ **b. United States mail, postage fully prepaid** *(List persons and addresses. Attach*

   *Debtor*
   **RONA M. KERFIEN**
   4616 VALLEY DRIVE
   NORTH LAS VEGAS, NV 89031

   *Trustee*
   **TIMOTHY S CORY**
   8831 WEST SAHARA AVE.
   LAS VEGAS, NV 89117

   *US Trustee*
   300 Las Vegas Blvd. South, Suite 4300
   Las Vegas, NV 89101

   ☐ c. Personal Service (List persons and addresses. Attach additional paper if necessary)

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List pesons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: _1/19/2010_

By: _Jamie Miller_

▶ _[signature]_
(SIGNATURE OF DECLARANT)